UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MEGAN ESTAY, ET AL                                      CIVIL ACTION

VERSUS                                                  NO. 25-507

OCHSNER CLINIC FOUNDATION, ET AL                        SECTION "H"(1)

## JUDGMENT

For reasons issued March 24, 2026, and filed herein (Rec. Doc. 61);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss is **GRANTED**. Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

Signed in New Orleans, Louisiana, this 25th day of March, 2026.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE